Gary Lee JOHNSON, Plaintiff–Appellant,

v.

FIRST FEDERAL SAVINGS & LOAN, Defendant–Appellee,

and

Henry G. Bennett, Jr., Trustee, Trustee.

No. 02–2243.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided March 28, 2003.

Gary Lee Johnson, Appellant Pro Se. Michael Wayne Cannaday, Collinsville, Virginia, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gary Lee Johnson appeals from the district court's order affirming the bankruptcy court's orders converting his bankruptcy case to one under Chapter 7 and lifting the automatic stay. We have reviewed the

record and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. First Fed. Sav. & Loan,* Nos. CA–02–78–4; BK–01–1457–WA4–7 (W.D.Va. Sept. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*